UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

           Petitioner,

    v.

MONROE CORRECTIONAL COMPLEX SOU,

           Respondent.

CASE NO. C13-5008 RBL-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 16th day of January, 2013.

                                                J. Richard Creatura
                                                United States Magistrate Judge