UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD ISAAC JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MONROE CORRECTIONAL COMPLEX SOU.<br><br>　　　　　Respondent. | CASE NO. C13-5008 RBL-JRC<br><br>ORDER TO COMPLY WITH A COURT ORDER |

　　The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from state court conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

　　On January 17, 2013 the Court ordered petitioner to file an amended petition and name a proper respondent (ECF No. 7). The Court also ordered petitioner to show that his grounds for relief were exhausted (ECF No. 7). The Clerk's Office mailed that order to petitioner. The order, along with the order granting petitioner in forma pauperis status, were returned because petitioner was "out to court." (ECF No. 8 and 9).

ORDER TO COMPLY WITH A COURT ORDER - 1

1 | Local Rule 41(b)(2) requires a pro se litigant to keep the Court apprized of a current
2 | mailing address. Petitioner is in violation of that rule. Further, the Court may dismiss an action
3 | without prejudice 60 days after mail is returned if the petitioner does not provide a proper
4 | address.
5 | Petitioner will be given until April 12, 2013 to comply with the Court's prior order and to
6 | file his amended petition. Petitioner must also provide the Court with a current address.
7 | Petitioner's failure to comply with this order will result in a Report and Recommendation that
8 | this petition be dismissed without prejudice.
9 | Dated this 6th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER TO COMPLY WITH A COURT ORDER - 2