UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

          Petitioner,

v.

MONROE CORRECTIONAL COMPLEX SOU,

          Respondent.

CASE NO. C13-5008 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court dismisses the petition for lack of personal jurisdiction. Petitioner has been given a number of months to cure this defect, but he failed to keep the Court apprized of a current address Then petitioner failed to cure the defect when he did submit an amended petition.

(3) The Court will not issue a certificate of appealability on this issue.

DATED this 10th day of May, 2013.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1